IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN F. DRYS, JR.,

                    Plaintiff,                    ORDER

    v.

                                            17-cv-776-wmc

JAMES THORPE,

                    Defendant.

*Pro se* plaintiff Brian F. Drys, Jr., who is currently incarcerated at Redgranite Correctional Institution, is proceeding in this lawsuit on an Eighth Amendment deliberate indifference claim against defendant James Thorpe, for his alleged failure to treat a severe tooth infection properly in 2014. On February 21, 2020, defendant Thorpe filed a motion for summary judgment. (Dkt. #32.) The court set March 23, 2020, as Drys's opposition deadline. However, that deadline has passed, and Drys has neither filed an opposition nor sought an extension of time to oppose Thorpe's motion. The court will give Drys one more opportunity to respond to Thorpe's motion: he now has until **April 21, 2020,** to file an opposition to Thorpe's motion for summary judgment. If he fails to respond by that deadline, the court will dismiss this lawsuit with prejudice for Drys's failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

ORDER

Accordingly, IT IS ORDERED that plaintiff Brian Drys may have until **April 21, 2020,** to file a response to defendant Thorpe's motion for summary judgment. **If Drys does not file a response by that deadline, the court will dismiss this lawsuit with prejudice for plaintiff's failure to prosecute.**

Dated this 31st day of March, 2020.

                                            BY THE COURT:

                                            /s/

                                            _____

                                            WILLIAM M. CONLEY
                                            District Judge