IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN F. DRYS, JR,

    Plaintiff,

  v.

Case No. 17-cv-776-wmc

JAMES THORPE, KATHY LOVELL,
MEREDITH MASHAK, JOHN DOE and
THE DEPARTMENT OF CORRECTIONS,

    Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered defendants dismissing this case with prejudice.

| /s/ | 4/27/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |